IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2000 FEB -8 PM 1:50

IN RE:

LUIS GUEVARA & CO.

    DEBTOR

CASE NO. 95-00252 (ESL)

CHAPTER 7

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Comes now: CARLOS E. RODRIGUEZ QUESADA, Trustee of the above captioned case, and respectfully states:

Pursuant to the NOTICE FOR DISTRIBUTION the Trustee disbursed the entire amount in the Trustee's account, and that all checks have cleared with the exception of following:

| Claim # | Check # | Claimant Address | Amount |
|---|---|---|---|
| 1 | 933 | Rosenthals<br>Donald S. Leonard<br>1370 Broadway<br>New York, NY 10018 | $2,181.34 |

More than ninety (90) days have elapsed since the declaration and distribution of the final dividend. Pursuant to the provisions of 11 U.S.C. s347, check number 937, for $2,181.34, payable to the Clerk, U.S. Bankruptcy Court, is attached hereto. The claimants entitled thereto are as listed above, and that their addresses, as far as known, are given above.

I hereby certify that a true and correct copy of the above and foregoing has been furnished to the Office of the U.S.

Trustee, Federico Degetau Fed. Bldg. Room 638 Hato Rey, P.R. 00918.

In San Juan, Puerto Rico, this 8th day of February, 2000.

CARLOS E. RODRIGUEZ QUESADA
Trustee
PMB 120
PO Box 194000
San Juan, P.R. 00919-4000
Tel. 759-9809



Carlos E. Rodriguez Quesada, Trustee
One Comptroller Plaza, 6th floor
105 Ponce de Leon
Hato Rey, PR 00917

Case  LUIS GUEVARA & CO
Case # 95-00252
Acct  Ck

**VOID AFTER 90 DAYS**

PAY TWO THOUSAND ONE HUNDRED EIGHTY-ONE AND 34/100 DOLLARS

TO THE ORDER  CLERK US BANKRUPTCY COURT

BANCO SANTANDER P.R.
SAN JUAN, PR 00936-2589
101-234/215

DATE 02/07/2000    CHECK NO. 937
                   $2,181.34

Trustee

⑈000937⑈ ⑆021502341⑆ ⑈652000794⑈

U.S. Patent No. 5,788,285, and Patents Pending

---

Carlos E. Rodriguez Quesada, Trustee
One Comptroller Plaza, 6th floor
105 Ponce de Leon
Hato Rey, PR 00917

Case    LUIS GUEVARA & CO., INC.
Case #  95-00252

                                    DATE 02/07/2000    CHECK NO. 937    CONTROL NO. 678

PAID TO   CLERK US BANKRUPTCY COURT           DESCRIPTION  UNCLAIMED FUNDS           PAID  $2,181.34

ACCT NO.  652000794

Copy 1

| | |
|---|---|
| CONTROL NO. | 678 |
| CHECK NO. | 937 |
| | PAID $2,181.34 |
| DATE | 02/07/2000 |
| DESCRIPTION | UNCLAIMED FUNDS |

Carlos E. Rodríguez Quesada, Trustee
One Comptroller Plaza, 6th floor
105 Ponce de Leon
Hato Rey, PR 00917

Case: LUIS GUEVARA & CO., INC.
Case #: 95-00252

PAID TO: CLERK US BANKRUPTCY COURT

ACCT NO. 652000794

NON-NEGOTIABLE Copy 1

2 3525

```
           UNITED STATES
         BANKRUPTCY COURT
         DISTRICT OF PUERTO RICO
           HATO REY DIVISION

         # 335221  -  BOR

         February 08, 2000
              17:07:02

Code      Case #    Qty       Amount

UNCLAIM   95-00252            2,181.34
CH
                    CK# 937
  Judge  - ENRIQUE S. LAMOUTTE


Amount Due->       2,181.34

Amount Tend.->     2,181.34

Change->               0.00


FROM: CARLOS E RODRIGUEZ, TRUSTEE
```